SPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 711-- In re The Dow Chemical Co. "Sarabond" Products Liability
Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 86/09/23 | 1 | MOTION, BRIEF, SCHEDULE, APPENDEX (to transfer A-1 thru A-15), cert. of service -- deft. The Dow Chemical Co. -- SUGGESTED TRANSFEREE DISTRICT: D. COLORADO, SUGGESTED TRANSFEREE JUDGE: JUDGE JOHN L. KANE, JR. (cds) |
| 86/10/01 | 2 | REQUEST FOR EXTENSION -- Ulrich Franzen & Associates -- Extension Granted to Ulrich Franzen & Associates for filing response to and including October 13, 1986. Notified involved counsel. (tmq) |
| 86/10/03 | | APPEARANCES -- Darwin Poyfair, Esquire for Gage Behunin, et al. (A-1); Robert J. Tansey, Jr., Esquire for Penn Square Condominum Associates, Inc., et al. (A-2); Franklin L. Burns, et al. (A-3); Blaine B. Chase, et al. (A-4); Savings Building Condominiums Association, et al. (A-5); C. A. Associates, etc. (A-6); The County of Lancaster (A-12); and County of Cambria (A-13); John E. Lynch, Jr., Esquire for City of Boston (A-7); and Equitable Life Insurance Co. (A-10); Harvey D. Myerson, Esquire for New York State Urban Development Corporation, et al. (A-9); Robertson B. Taylor, Esquire for Moravian Development Corp. (A-11); Howard Langer, Esquire for County of Shelby, Tennessee (A-14); R. Harvey Chappell, Jr., Esquire for The Life Insurance Company of Virginia (A-15); Leonard L. Rivkin, Esquire for The Dow Chemical Co.; Amspec, Inc., R. Douglas Eash; Dallas Grenley'; Harry W. Kirtchner; L. Z Lamoria; Donald Dirkse; Delmer Moeller; Sheldon Levy; Wayne Frenier; Don Hibbvs, Esquire for Masonary Systems International, Inc.; Robert J. Lutz, Esquire for T. J. Picozzi Construction Co., Inc.; Peter I. Sheft, Esquire for Sofarelli Associates, Inc.; Gerald P. McMorrow, Esquire for Ulrich Franzen & Associates |
| 86/10/06 | | Additional Service -- (attached to pldg. #1) |
| 86/10/06 | 3 | RESPONSE, BRIEF (to pldg. #1) -- "Life of Virginia", w/cert. of svc. (tmq) |
| 86/10/07 | 4 | RESPONSE (to pldg. #1) -- Moravan Devlopment Corp., Bethlehem, Pennsylvania -- w/cert. of svc. (tmq) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 711 --

| Date | Pld. | Pleading Description |
|------|------|---------------------|
| 86/10/08 | | APPEARANCE: JAMES F. MCDOUGAL for Masonry Systems International, Inc. (tmq) |
| 86/10/08 | 5 | RESPONSE, BRIEF (to pldg. #1) -- Shelby County, Tennesse -- w/cert. of svc. (tmq) |
| 86/10/08 | 6 | RESPONSE, BRIEF (to pldg. #1) -- Savings Building Condominiums Association, et al.; C.A. Associates; The County of Lancaster; The County of Cambria; Penn Square Condominium Association, et al.; Franklin L. Burns & Burns Enterprise, Inc.; Blaine B. Chase, et al. -- w/cert. of svc. (tmq) |
| 86/10/08 | 7 | RESPONSE, BRIEF (to pldg. #1) -- New York State Urban Development Corp., et al. -- w/cert. of svc. (tmq) |
| 86/10/08 | 8 | RESPONSE, BRIEF (to pldg. #1) -- Sofarelli Associates Inc. -- w/cert. of svc. (tmq) |
| 86/10/08 | 9 | RESPONSE, BRIEF (to pldb. #1) -- City of Boston and the Equitable Life Assurance Society -- w/cert. of svc. (tmq) |
| 86/10/08 | 10 | RESPONSE, BRIEF (to pldg. #1) -- Masonry Systems International Inc. -- w/cert. of svc. (tmq) |
| 86/10/08 | 11 | RESPONSE (to pldg. #1) Gage and Barbara Behunin and The Gage Behunin Company -- w/cert. of svc. (tmq) |
| 86/10/10 | 12 | OBJECTION TO EXTENTION OF TIME -- Dow Chemical. (tmq) |
| 86/10/14 | 13 | RESPONSE, BRIEF -- plaintiffs St. John Hospital, et al. -- w/cert. of service (cds) |
| 86/10/17 | | HEARING ORDER -- Setting motion to transfer A-1 through A-15 for Panel hearing in Louisville, Kentucky on November 20, 1986 (cds) |
| 86/10/20 | 14 | REPLY (to pldg. #1) The Dow Chemical Co. -- w/cert. of svc. (tmq) |
| 86/10/24 | 15 | SUPPLEMENTAL RESPONSE -- On behalf of Shelby County Tennessee -- w/cert. of svc. (tmq) |
| 86/10/28 | 16 | SUPPLEMENTAL BRIEF -- on behalf of Masonry Systems International, Inc. (A/K/A Masonry Panel Franchising, Inc.) -- W/Certificate of Service. (paa) |
| 86/11/05 | 17 | RESPONSE, MEMORANDUM OF LAW -- third party plaintiff Ulrich Franzen & Associates -- w/cert. of service (cds) |
| 86/11/10 | 18 | REPLY (to pldg. #15), w/Exhibits 1 and 2 -- defts. Dow Chemical Co., Amspec, Inc., R. Douglas Eash, Dallas Grenley, Larry W. Kirchner, Lz Lamoria, Donald Dirkse, Delmer Moeller, Sheldon Levy and Wayne Frenier -- w/cert. of service (cds) |

JPML FORM 1A

p. 3

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 711 -- In re The Dow Chemical Co. "Sarabond" Products Liability
Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/11/12 | 19 | SUPPLEMENTAL RESPONSE -- pltfs. Savings Building Condominiums Assn., et al., C.A. Associates, The County of Lancaster, The County of Cambria, Penn Square Condominium Assn., et al., Franklin L. Burns & Burns Enterprise, Inc., and Blaine B. Chase, et al. -- w/Exhibits A and B and cert. of service (cds) |
| 86/11/13 | 20 | INTERESTED PARTY RESPONSE -- Thomas Jefferson University re Thomas Je Pa., C.A. No. 86-6243 (Potential tag-along action) w/cert. of svc. (rew) |
| 86/11/17 | 21 | SUPPLEMENTAL REPLY (to pldg. #19) -- defts. Dow Chemical Co., Amspec, Inc., R. Douglas Eash, Dallas Grenley, Larry W. Kirchner, Lz Lamoria, Donald Dirkse, Delmer Moeller, Sheldon Levy and Wayne Frenier -- w/cert. of service (cds) |
| 86/11/19 | | APPEARANCES FOR HEARING -- Louisville, Kentucky on November 20, 1986 -- Leonard L. Rivkin, Esq. for The Dow Chemical Company, Donald Dirkse, R. Douglas Eash, Wayne Frenier, Dallas Grenley, Harry W. Kirchner, Lz Lamoria, Sheldon Levy & Delmer Moeller; Robert J. Tansey, Jr. Esq. for The County of Cambria, The County of Lancaster, Penn Square Condominium Association, Inc., Franklin L. Burns, Blaine B. Chase, Savings Building Condominiums Association & C.A. Associates; Howard Langer, Esq. for Shelby County, Tenn.; R. Harvey Chappell, Jr. Esq. for The Life Insurance Company of Virginia; John E. Lynch, Jr. Esq. for The City of Boston & the Equitable Life Assurance Society of the United States; Arthur H. Ruegger, Esq. for New York State Urban Development Corporation, et al.; Peter Il Sheft or Lee Squitieri, Esquires for Sofarelli Associates, Inc., et al.; John B, Moorhead or Darwin Poyfair, Esquires for Gage Behunin, et al. (paa) |
| 86/11/19 | | WAIVERS FOR ORAL ARGUMENT on November 20, 1986, in Louisville, Kentucky -- James F. McDougal, III, Esq. for Masonry Systems International, Inc.; Joseph F. Page, Esq. for St. John Hospital Corp. et al.; Gerald P. McMorrow, Esq. for Ulrich Franzen & Associates; Robertson B. Taylor, Esq. for Moravian Developmant Corporation; Robert J. Lutz, Esq. for T.J. Picozzi Construction Co., Inc. (paa) |
| 86/11/19 | 22 | REQUEST FOR LEAVE TO WITHDRAW ACTION (A-15) FROM MOTION TO TRANSFER -- deft. Dow Chemical Co. -- w/Exhibit and cert. of service (cds) |
| 86/11/24 | 23 | LETTERS -- signed by Howard Langer, Esq. coundel for Shelby County, Tennessee and Thomas Jefferson University -- w/Attachments and cert. of service (cds) |

ML FORM IA

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 711 — IN RE THE DOW CHEMICAL CO. "SARABOND" PRODUCTS

LIABILITY LITIGATION

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 86/11/26 | 24 | LETTER, ATTACHMENT -- Signed by Robert J. Tansey, Jr., Esquire, Counsel for plaintiffs Penn Square, Savings Building, C.A. Associates, County of Cambria, County of Lancaster, Burns & Chase -- W/cert. of svc. (paa) |
| 86/11/26 | 25 | LETTER (Re Pldg. # 23) -- Signed by Leonard L. Rivkin, Esquire, Counsel for Dow defendants -- W/cert. of svc. (paa) |
| 86/11/28 | 26 | LETTER -- signed by Leonard L. Rivkin, Esq., counsel for The Dow Chemical Co. -- w/cert. of service (cds) |
| 86/12/11 | 27 | LETTER -- dated 12/10/86 (recent development) Filed by Dow Chemical Company -- w/cert. of svc. (rh) |
| 86/12/18 | 28 | LETTER -- counsel for plaintiffs A2,3,4,5,12 and 13 re : pldge #$27 -- w/cert. of svc. (tmq) |
| 86/12/19 | | CONSENT OF TRANSFEREE DISTRICT -- FOR TRANSFER OF ACTIONS UNDER 28 U.S.C. §1407 TO THE DISTRICT OF COLORADO AND ASSIGNMENT TO JUDGE JOHN L. KANE, JR. -- SIGNED BY CHIEF JUDGE SHERMAN G. FINESILVER. (paa) |
| 86/12/19 | | TRANSFER ORDER -- transferring A-7 & A-8 and A-10 thru A-14 to the District of Colorado before the Honorable John L. Kane, Jr. -- NOTIFIED INVOLVED JUDGES, CLERKS, COUNSEL, PUBLISHERS AND MISC. RECIPIENTS (paa) |
| 87/01/16 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-17 Thomas Jefferson University v. The Dow Chemical Company, E.D. Pennsylvania, C.A. No. 86-6243 -- Notified involved counsel and judges (rh) |
| 87/01/21 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-18 S H Properties, Inc., et al. v. Dow Chemical Co., W.D. Missouri, C.A No. 86-1328-CV-W-1 -- Notified invovled counsel and judges (rh) |
| 87/02/02 | 29 | NOTICE OF OPPOSITION TO TRANSFER -- from pltf. regarding B-17 Thomas Jefferson University v. The Dow Chemical Company, E.D. Pennsylvania, C.A. No. 86-6243. (tmq) |

JPML FORM 1

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 711 -- In re The Dow Chemical Co. "Sarabond" Products Liability Litigation

| Date | No. | Pleading Description |
|------|-----|----------------------|
| 87/02/06 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-18 S H Properties, Inc., et al. v. Dow Chemical Co. W.D. Missouri, C.A. No. 86-1328-CV-W-1 -- Notified involved judges and clerks. (tmq) |
| 87/02/10 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-19 Village Improvement Association of Doylestown, PA, a/k/a/ Doylestown Hospital v. The Dow Chemical Co., et al., E.D. Pennsylvania, C.A. No. 86-7582 -- Notified involved counsel and judges (rh) |
| 87/02/17 | 30 | MOTION TO VACATE CTO -- Pltf. Thomas Jefferson University -- re: B-17, w/cert. of svc. (tmq) |
| 87/02/19 | | HEARING ORDER -- Setting opposition to transfer of B-17 for Panel Hearing on March 26, 1987 in San Diego, California (cds) |
| 87/02/20 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-20 Board of Education of the Memphis City Schools v. Dow Chemical Company, W.D. Tennessee, C.A. No. 87-2040-MA and B-21 Hamilton Bank, et al. v. The Dow Chemical Company, E.D. Pennsylvania, C.A. No. 87-0460 -- NOTIFIED INVOLVED JUDGES & COUNSEL  (paa) |
| 87/02/24 | 31 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- B-19 Village Improvement Association of Doylestown, PA, a/k/a Doylestown Hospital v. The Dow Chemical Co. et al., E.D. Pennsylvania, C.A. No. 86-7582 -- filed by plaintiff Village Improvement, etc. -- Notified involved counsel and judges -- w/cert. of svc. (tmq) |
| 87/02/25 | 32 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- B-19 Village Improvement Association of Doylestown, PA, a/k/a Doylestown Hospital v. The Dow Chemical Co. et al., E.D. Pennsylvania, C.A. No. 86-7582 -- defendant Ewing Cole Cherry Parsky -- Notified involved counsel and judges -- w/cert. of svc. (cds) |
| 87/02/25 | 33 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- B-19 Village Improvement Association of Doylestown, PA, a/k/a Doylestown Hospital v. The Dow Chemical Co. et al., E.D. Pennsylvania, C.A. No. 86-7582 -- defendant Irwin & Leighton, Inc. -- Notified involved counsel and judges -- w/cert. of svc. (cds) |
| 87/03/02 | 34 | RESPONSE/MEMORANDUM  (to pldg. #30) -- deft. Dow Chemical Co. -- w/Exhibits 1-8 and cert. of service  (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 711 -- In re The Dow Chemical Co. "Sarabond" Products Liability Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/03/03 | 35 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- B-19 Village Improvement Association of Doylestown, PA, a/k/a Doylestown Hospital v. The Dow Chemical Co. et al., F.D. Pennsylvania, C.A. No. 86-7582 -- defendant Masonry Systems of Pennsylvania, Inc. -- Notified involved counsel and judges -- w/cert. of svc. (cds) |
| 87/03/09 | 36 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- (B-21) Hamilton Bank, et al. v. Dow Chemical Co., E.D. Pa., C.A. No. 87-0460 -- pltf. Hamilton Bank, et al. -- w/cert. of service -- Notified involved judges and counsel (cds) |
| 87/03/09 | 37 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- (B-20) Bd. of Ed. of the Memphis City Schools v. Dow Chemical Co., W.D. Tenn., C.A. No. 87-2040 -- pltf. Bd. of Ed. of the Memphis City Schools -- w/cert. of service -- Notified Involved judges and counsel (cds) |
| 87/03/10 | 38 | MOTION TO VACATE CONDITIONAL TRANSER ORDER -- B-19 Village Improvement Assn. of Doylestown, PA, etc. v. Dow, et al., E.D. Pa., #86-7582 -- pltf. Village Improvement Assn. of Doylestown, PA, etc. -- w/Brief and cert of service (cds) |
| 87/03/11 | 39 | LETTER -- signed by Amy B. Ginensky, Esq., counsel for pltf. Village Improvement Assn. of Doylestown, Pa., etc. -- w/copy of order filed in E.D. Pa. regarding B-19 -- w/cert. of service (cds) |
| 87/03/11 | | APPEARANCE: DEAN VANATTA, ESQ. for Masonry Panel Franchising, Inc., f/k/a Masonry Systems International, Inc. (cds) |
| 87/03/12 | 40 | MOTION TO VACATE CTO -- B-19 Village Improvement Assn. of Doylestown, PA, etc. v. Dow, et al., E.D. Pa., #86-7582 -- deft. Irwin & Leighton, Inc. -- w/Brief and cert. of service (cds) |
| 87/03/12 | 41 | MOTION TO VACATE CTO -- B-19 Village Improvement Assn. of Doylestown, PA, etc. v. Dow, et al., E.D. Pa., #86-7582 -- w/Brief and cert. of service (cds) |
| 87/03/13 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (B-23) The Equitable Life Assurance Society of the United States v. The Dow Chemical Company, N.D. Ohio, C.A. No. C87-435 -- NOTIFIED INVOLVED JUDGES & COUNSEL -- (paa) |

Case MDL No. 711   Document 74   Filed 06/11/15   Page 7 of 23

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 711 -- In re The Dow Chemical Co. "Sarabond" Products Liability Lit.

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 87/03/16 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- B-19 Village Improvement Association of Doylestown, PA a/k/a Doylestown Hospital v. The Dow Chemical Co., et al., E.D. Pennsylvania, C.A. No. 86-7582 -- Notified involved judges, clerk and counsel (rh) |
| 87/03/17 | 42 | LETTER W/COPY OF FINAL ORDER UPON PRETRIAL CONFERENCE (filed in D.Colorado) -- signed by Howard Langer, Esq. counsel for Jefferson University -- w/cert. of service  (cds) |
| 87/03/24 | | HEARING APPEARANCES:  (3/26/87) -- H. LADDIE MONTAGUE, JR., ESQ. for Thomas Jefferson University; LEONARD L. RIVKIN, ESQ. for Dow Chemical Co. (tmq) |
| 87/03/24 | 43 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER, W/BRIEF AND EXHIBITS -- pltf. in (B-20) Board of Ed. of Memphis v. Dow Chem. Co., W.D. Tenn., #87-2040-MA -- w/cert. of service (cds) |
| 87/03/24 | 44 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER, W/BRIEF AND EXHIBITS -- pltf. in (B-21) Hamilton Bank, et al. v. Dow Chem. Co., E.D.Pa., #87-0460 -- w/cert. of service  (cds) |
| 87/03/26 | | WAIVERS OF ORAL ARGUMENT FOR 3/26/87 HEARING SAN DIEGO, CALIFORNIA -- ALL WAIVE (tmq) |
| 87/03/30 | 45 | LETTER -- signed by H. Laddie Montague, Jr., counsel for pltf. Thomas Jefferson University -- sent per Panel judges' request  (cds) |
| 87/03/31 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (B-23) The Equitable Life Assurance Society of the United States v. Dow Chemical Co., N.D. Ohio, #C87-435 -- NOTIFIED INVOLVED JUDGES AND CLERKS  (cds) |
| 87/04/09 | 46 | MEMORANDUM -- (to pldg. #43) Filed by The Dow Chemical Company -- w/cert. of svc. (rh) |
| 87/04/09 | 47 | MEMORANDUM -- (to pldg. #44) Filed by The Dow Chemical Company -- w/cert. of svc. (rh) |
| 87/04/09 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- B-17 Thomas Jefferson University v. The Dow Chemical Co., E.D. Pennsylvania, C.A. No. 86-6243 -- Notified involved counsel, judges and clerk. (tmq) |

711      In re The Dow Chemical Co. "Sarabond" Products Liability Lit.

| | |
|---|---|
| 87/04/20 | HEARING ORDER -- Setting oppositions of plaintiffs to transfer B-20 Board of Education of the Memphis City Schools and B-21 Hamilton Bank -- Washington, D.C. on May 21, 1987 -- Notified involved judges, clerks and counsel. (tmq) |
| 87/05/21 | HEARING APPEARANCES: (hearing of 5/21/87) WARREN D. MULLOY, ESQ. for Hamilton Bank, et al. and Board of Education of the Memphis City Schools AND ROBERT L. FOLKS, ESQ. for The Dow Chemical Co. (rh) |
| 87/05/21 | WAIVERS OF ORAL ARGUMENT: (hearing of 5/21/87) St. John Hospital Corp., et al.; Blaine Chase, et al.; Franklin Burns, et al.; Penn Square Condominium Association, Inc., et al.; Savings Buidling Condominiums Assocation, et al.; County of Lancaster; County of Cambria; SH Properties, et al. AND Executive Tech Center, Ltd. (rh) |
| 87/06/03 | TRANSFER ORDER -- Transferring D-20 & D-21 to the District of Colorado -- D-20 Board of Education of the Memphis City Schools v. Dow Chemical Company, W.D. Tennessee, C.A. No. 87-2040-MA, D-21 Hamilton Bank, et al. v. Dow Chemical Company, E.D. Pennsylvania, C.A. No. 87-0460 -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL. (paa) |
| 87/08/04 | CONDITIONAL REMAND ORDER FILED TODAY -- A-14 County of Shelby, Tennesee v. Dow Chemical Co., et al., D. Colorado, C.A. No. 87-K-104 (W.D. Tennessee, C.A. No. 85-2878 CB -- Notified involved judge and counsel. (tmq) |
| 87/08/17 | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-25 GLS, et al. v. The Dow Chemical Co., et al., E.D. Pennsylvania, C.A. No. 87-3735 -- Notified involved counsel and judges. (paa) |
| 87/08/20 | CONDITIONAL REMAND ORDER FINAL TODAY -- A-14 County of Shelby, Tennessee v. Dow Chemical Co., et al., D. Colorado, C.A. NO. 87-K-104 (W.D. Tennessee, C.A. No. 85-2878 CB) -- Notified involved judges and clerks (rh) |
| 87/09/02 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-25 GLS, et al. v. The Dow Chemical Co., E.D. Pennsylvania, C.A. No. 87-3735 -- NOTIFIED INVOLVED JUDGES AND CLERKS -- (paa) |
| 87/09/29 | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-26 Bd. of Regents of the State of Tenn. v. The Dow Chemical Co., W.D. Tenn., C.A. No. 87-2511-GB and C-27 Bd. of Regents of the State of Tenn. v. The Dow Chemical Co, W.D. Tenn., C.A. No. 87-2593-GB -- Notified involved judges and counsel (cds) |

711    In re The Dow Chemical Co. "Sarabond" Products Liability Litigation

| | | |
|---|---|---|
| 87/10/13 | 48 | NOTICE OF OPPOSITIONS TO CONDITIONAL TRANSFER ORDERS -- C-26 Board of Regents of the State of Tennessee v. The Dow Chemical Co., W.D. Tennessee, C.A. No. 87-2511-GB and C-27 Board of Regents of the State of Tennessee v. The Dow Chemical Co., W.D. Tennessee, C.A. No. 87-2593-GB -- Notified involved counsel and judges -- w/cert. of service. (tmq) |
| 87/10/29 | 49 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by The Board of Regents of the State of Tennesse in C-26 Board of Regents of the State of Tennessee v. The Dow Chemical Co., C.A. No. 87-2511-GB and C-27 Board of Regents of the State of Tennessee v. The Dow Chemical Co., C.A. No. 87-2593-GB -- w/cert. of svc. (tmq) |
| 87/11/12 | 50 | RESPONSE (to pldg. #49) -- deft. Dow Chemical Co. -- w/Exhibits A-D and cert. of service  (cds) |
| 87/11/17 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-28 Primac Center Associates, L.P. v. Dow Chemical Co., S.D. Illinois, #87-3806 and C-29 May Centers, Inc., et al. v. Dow Chemical Co., S.D. Illinois, #87-3807 -- Notified involved judges and counsel (cds) |
| 87/11/18 | 51 | REPLY (to pldg. #50) -- pltfs. Board of Regents of the State of Tennessee -- w/cert. of service  (cds) |
| 87/11/24 | 52 | LETTER/WITH ORDER -- (Re: remand of C-27 Board of Regents of the State of Tennessee v. The Dow Chemical Co., W.D. Tennessee, C.A. No. 87-2593-GB back to state court) -- filed by Board of Regents of the State of Tennessee (rh) |
| 87/11/24 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- C-27 Board of Regents of the State of Tennessee v. The Dow Chemical Co., W.D. Tennessee, C.A. No. 87-2593-GB -- Notified involved judges, clerk and counsel (rh) |
| 87/11/30 | 53 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDERS -- Plaintiffs in  C-28 Primac Center Associates, L.P. v. Dow Chemical Co., S.D. Illinois, #87-3806; and C-29 May Centers, Inc., et al. v. Dow Chemical Co., S.D. Illinois, #87-3807 -- w/cert. of service  (cds) |
| 87/12/14 | | HEARING ORDER -- Setting motion to transfer C-26, C-28 and C-29 for Panel hearing in Ft. Lauderdale, Florida, on January 28, 1988. (tmq) |

JPML FORM 1A

p. 10

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 711 -- In re The Dow Chemical Co. "Sarabond" Products Liability Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 87/12/15 | 54 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDERS -- Filed by pltfs. in C-28 Primac Center Associates, L.P. v. Dow Chemical Company, S.D. Illinois, C.A. No. 87-3806 and C-29 May Centers, Inc., et al. v. Dow Chemical Company, S.D. Illinois, C.A. No. 87-3807 -- w/cert. of svc. (rh) |
| 87/12/30 | 55 | RESPONSE/MEMORANDUM -- (To pldg. #54) Filed by The Dow Chemical Company -- w/cert. of cert. (rh) |
| 88/01/07 | 56 | RESPONSE/MEMORANDUM -- (To pldg. #54) filed by The Board of Regents of the State of Tennessee -- W/cert. of svc. (paa) |
| 88/01/13 | 57 | SUPPLEMENTAL MEMORANDUM (RE: Pldg. #54) -- Defts The Dow Chemical Company -- W/Exhibits A-E and cert. of service. (paa) |
| 88/01/26 | | HEARING APPEARANCES FOR JAN. 28, 1988 -- W.J. MICHAEL CODY, ESQ. for Bd. of Regennts St. of Tenn.; DAVID E. OSLUND, ESQ. for May Centers, Inc. and Primac Center Associates; ROBERT L. FOLKS, ESQ. for The Dow Chemical Co. (cds) |
| 88/02/04 | | ORDER VACATING CONDITONAL TRANSFER ORDERS -- C-26 Bd. of Regents of St. of Tenn. v. The Dow Chemical Co., W.D. Tenn., #87-2511-GB; C-28 Primac Center Associates, L.P. v. Dow Chemical Co., S.D. Illinois, #87-3806; and C-29 May Centers, Inc.,e t al. v. Dow Chemical Co., S.D. Illinois, #87-3807 -- Notified involved clerks, judges and counsel (cds) |
| 88/04/18 | 58 | MOTION FOR REMAND -- filed by plaintiffs in B-20 The Board of Education of the Memphis City Schools v. Dow Chemial Co., D. Colorado, C.A. No. 87-K-875 (W.D. Tenn., C.A. No. 87-2040-MA) -- w/Schedule, Exhibit A, Affidavit in Support, Memorandum and cert. of service (cds) |
| 88/04/22 | 59 | LETTER -- signed by Chief Judge Finsilver, reassigning litigation to the Honorable Richard P. Matsch (ds) |
| 88/04/22 | | ORDER REASSIGNING LITIGATION -- to the Honorable Richard P. Matsch -- notified involved clerk, judges and counsel (ds) |

JPML FORM 1A                                                    p. 11

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 711 --   In re The Dow Chemical Co. "Sarabond" Products Liability Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 88/04/22 | 60 | MOTION FOR REMAND -- Filed by pltf. in A-12  The County of Lancaster v. Dow Chemical Co., D. Colorado, C.A. No. 87-K-61 (E.D. Pa., C.A. No. 86-3345 -- w/Memorandum, Exhibits A - F and cert. of svc. (rh) |
| 88/04/22 | 61 | MOTION FOR REMAND -- Filed by pltf. in A-13 County of Cambria v. The Dow Chemical Co., D. Colorado, C.A. No. 87-K-79 (W.D. Pa., C.A. No. 86 C 418) -- w/Memorandum, Exhibits A - D and cert. of svc. (rh) |
| 88/04/22 | 62 | MOTION FOR REMAND --  Filed by pltf. in B-18 SH Properties, Inc., et al. v. The Dow Chemical Co., D. Colorado, C.A. No. 87-K-297 (W.D. Missouri, C.A. No. 86-1328-CV-W-1) -- w/Memorandum, Exhibits A - F and cert. of svc. (rh) |
| 88/05/03 | 63 | RESPONSE (to pldg. #58) -- deft. The Dow Chemical Co. -- w/Memorandum, Exhibit A and cert. of service  (cds) |
| 88/05/03 | 64 | RESPONSE (to pldg. #60) -- deft. The Dow Chemical Co. -- w/Memorandum, Exhibit A and cert. of service  (cds) |
| 88/05/03 | 65 | RESPONSE (to pldg. #61) -- deft. The Dow Chemical Co. -- w/Memorandum, Exhibit A and cert. of service  (cds) |
| 88/05/03 | 66 | RESPONSE (to pldg. #62) -- deft. The Dow Chemical Co. -- w/Memorandum, Exhibit A and cert. of service  (cds) |
| 88/06/14 |  | HEARING ORDER -- Setting plaintiffs motions for remand of B-20, A-12, A-13 and B-18 for hearing on July 28, 1988, in Portland, Maine.  Notified involved counsel, clerks, judges. (rew) |
| 88/07/15 | 67 | WITHDRAWAL OF RESPONSE (PLDG. #63) -- The Dow Chemical Co. -- w/attachment and cert. of svc. (rh) |
| 88/07/20 | 68 | LETTER W/ORDER REGARDING REMAND -- Filed by pltf. Board of Education of Memphis City Schools -- Regarding Remand of B-20 -- w/cert. of svc. (rh) |
| 88/07/22 | 69 | WITHDRAWAL OF RESPONSES (PLDGS. #64, 65 and 66) -- The Dow Chemical Co. -- w/cert. of svc. (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **711** -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 88/07/27 | | WAIVERS FOR 7/28/88 HEARING -- ALL WAIVED  (ds) |
| 88/08/05 | 70 | SUGGESTION FOR REMAND -- **A-10** -- Signed by Judge Richard P. Matsch in D. Colorado (rh) |
| 88/08/05 | 71 | SUGGESTION FOR REMAND -- **B-23** -- Signed by Judge Richard P. Matsch in D. Colorado (rh) |
| 88/08/05 | | CONDITIONAL REMAND ORDERS FILED TODAY -- A-10 The Equitable Life Assurance Society of the United States v. The Dow Chemical Co., et al., D. Colorado, C.A. No. 87-M-65 (N.D. Ohio, C.A. No. C86-3691) and B-23 The Equitable Life Assurance Society of the United States v. The Dow Chemical Co., et al., D. Colorado, C.A. No. 87-490 (N.D. Ohio, C.A. No. C87-435) -- Notified involved counsel and judge (rh) |
| 88/08/15 | | REMAND ORDER -- remanding -A-12, A-13, A-18 and A-20 (listed below) to their respective transferor districts -- Notiifed involved clerks and judges.  (ds) |
| | | The County of Lancaster v. Dow Chemical Co., D. Colorado, C.A. No. 87-M-61 (E.D. Pa., C.A. No. 86-3345) |
| | | County of Cambria v. Dow Chemical Co., D. Colorado, C.A. No. 87-M-79 (W.D. Pa., C.A. No. 86C418) |
| | | SH Properties, Inc., et al. v. Dow Chemical Co., D. Colorado, C.A. No. 87-M-297 (W.D. Mo., C.A. No. 86-1328-CV-W-1) |
| | | Board of Education of Memphis City Schools v. Dow Chemical Co., D. Colorado, C.A. No. 87-M-875 (W.D. Tenn., C.A. No. 87-2040-MA) |
| 88/08/23 | | CONDITIONAL REMAND ORDERS FINAL TODAY -- A-10 The Equitable Life Assurance Society of the U.S. v. The Dow Chemical Co., et al., D. Colo., C.A. No. 87-M-65 (N.D. Ohio, #C86-3691); and B-23 The Equitable Life Assurance Society of the U.S. v. The Dow Chemical Co., D. Colo, C.A. No. 87-M-490 (N.D. Ohio, #C87-435) -- NOTIFIED INVOLVED JUDGE AND CLERKS  (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. <u>711</u> -- <u>In re The Dow Chemical Co. "Sarabond" Products Liability</u>
<u>Litigation</u>

| Date | Pl. | Pleading Description |
|---|---|---|
| 89/02/23 | 72 | SUGGESTION FOR REMAND -- A-11 -- Signed by Judge Richard P. Matsch in D. Colorado (rh) |
| 89/02/23 | 73 | SUGGESTION FOR REMAND -- C-25 -- Signed by Judge Richard P. Matsch in D. Colorado (rh) |
| 89/02/23 | | CONDITIONAL REMAND ORDERS FILED TODAY -- A-11 Moravian Development Corp. v. The Dow Chemical Co., D. Colorado, C.A. No. 87-M-208 (E.D. Pa., C.A. No. 87-7444) and C-25 GLS, et al. v. The Dow Chemical Co., D. Colorado, C.A. No. 87-M-1362 (E.D. Pa., C.A. No. 87-3735) -- Notified involved counsel and judges (rh) |
| 89/03/13 | | CONDITIONAL REMAND ORDERS FINAL TODAY -- A-11 Moravian Development Corp. v. The Dow Chemical Co., D. Colorado, C.A. No. 87-M-208 (E.D. Pa., C.A. No. 87-7444) and C-25 GLS, et al. v. The Dow Chemical Co., D. Colorado, C.A. No. 87-M-1362 (E.D. Pa., C.A. No. 87-3735) -- Notified involved judges and clerks (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. __711__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: ___In re The Dow Chemical Co. "Sarabond" Products Liability Litigation___

| SUMMARY OF LITIGATION | | | | | |
|---|---|---|---|---|---|
| Hearing Dates | Orders | | | Transferee | |
| November 20, 1986 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 12/19/86 | TO | **650** F SUPP. **197** | D. Colorado | Honorable John L. Kane, Jr. | |
| | 04/22/88 | Min. | #1082 | | Honorable Richard P. Matsch | |

**Special Transferee Information**

DATE CLOSED: __3/22/76__

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 711 -- In re The Dow Chemical Co. "Sarabond" Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| *A-1 | Gage Behunin, et al. v. Dow Chemical Co., et al. | Colo. Kane | 86-K-281 | | | 9/30/88 D | |
| *A-2 | Penn Square Condominium Assn., Inc., et al. v. Dow Chemical Co. | Colo. Kane | 86-M-331 | | | 3/22/86 | |
| *A-3 | Franklin L. Burns, et al. v. Dow Chemical Co. | Colo. Kane | 86-M-526 | | | | consolidated w/ 86-M-331 |
| *A-4 | Blaine B. Chase, et al. v. Dow Chemical Co. | Colo. Kane | 86-K-680 | | | 5/2? D | |
| *A-5 | Savings Building Condominiums Assn. v. Dow Chemical Co. | Colo. Kane | 86-M-1234 | | | 8/21/91 D | |
| *A-6 | C.A. Associates, etc. v. Dow Chemical Co. | Colo. Kane | 86-M-1178 | | | 4 89 | |
| A-7 | City of Boston v. Dow Chemical Co., et al. | Mass. Wolff | 86-918W | 12/19/86 | 87-K-28 | 4/30/87 D | |
| A-8 | St. John Hospital Corp., et al. v. Dow Chemical Co., et al. | Mich.,E. Hackett | 86CV72716DT | 12/19/86 | 87-K-?8 | 5/?/82 D | |
| A-9 | New York State Urban Development Corp., et al. v. Dow Chemical Co. | N.Y.,S. Broderick | 83CIV.4327 | | | | |
| A-10 | Equitable Life Assurance Society of the U.S. v. Dow Chemical Co., et al. | Ohio.,N. Manos | C86-3691 | 12/19/86 | 87-M-65 | 8/23/88 Remand | |
| A-11 | Moravian Development Corp. v. Dow Chemical Co., et al. | Pa.,E. Huyett | 85-7444 | 12/19/86 | 87-M-208 | 3-13-88 Remand | |

*Consolidated in D. Colorado under
C.A. No. 86-K-281

DOCKET NO. • 711 -- In re The Dow Chemical Co. "Sarabond" products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-12 | The County of Lancaster v. Dow Chemical Co. | Pa.,E. Cahn | 86-3345 | 12/19/86 | 87-M-61 | 8/15/88 R | |
| A-13 | County of Cambria v. Dow Chemical Co. | Pa.,W. Ploch | 86 C 418 | 12/19/86 | 87-M-79 | 8/15/88 R | |
| A-14 | County of Shelby, Tennessee v. Dow Chemical Co., et al. | Tenn.,W. Gibbons | 85-2878CB | 12/19/86 | 87-X-104 | 8-2-87 R | |
| A-15 | The Life Insurance Co. of Virginia v. Dow Chemical Co. | Va.,E. Williams | 86-0314-R | NT | | | |
| XYZ-16 | Executive Tech Center, Ltd. v. Dow Chemical Co. | D. Colo. | 86-2566 | | | closed | |
| B-17 | Thomas Jefferson University v. The Dow Chemical Company 1-16-87 opposed | E.D.Pa. Fullam | 86-6243 | | Vacated | | |
| B-18 | S H Properties, Inc., et al. v. Dow Chemical Co. 1-2-87 | W.D.Mo. Oliver | 86-1328-CV-W-1 | 2/6/87 | 87-M-297 | 8/15/88 R | |
| B-19 | Village Improvement Association of Doylestown, PA, a/k/a Doylestown Hospital v. The Dow Chemical Company, et al. 2-10-87 opposed | Pa.,E. Troutman | 86-7582 | | COUNT | | CTO Vacated 3-16-87 |
| B-20 | Board of Education of the Memphis City Schools v. Dow Chemical Company 2/2/87 opposed 3/9/87 | W.D.Tenn. McRae | 87-2040-MA | 6/3/87 | 87-M-875 | 8/15/88 R | |
| B-21 | Hamilton Bank, et al. v. The Dow Chemical Company 2/20/87 opposed 3/9/87 | E.D.Pa. Fullam | 87-0460 | 6/3/87 | 87-K-912 | 4/4/88 D | |
| XYZ-22 | State Dept. of Highways v. Dow Chemical Co., et al. | D. Colo. | 87-K-170 | | | settled | |

JPML FORM 1 -- Continuation

Listing of Involved Actions -- p.____

DOCKET NO. _711_ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-23 | The Equitable Life Assurance Society of the United States v. The Dow Chemical Company, A Delaware Corporation  *3-13-87* | OH.,N. White | C87-435 | 3/31/87 | 87-X-490 | 8/23/88 | Remand |
| XYZ-24 | Masonry Panel Franchising Inc. v. Dow Chemical Co., Inc. | Colo. Kane | 86-K-1900 | | | | |
| | *July 1987 — 11 TR / 9 XYZ / 2 DIS / 18 Pending* | | | | | | |
| C-25 | GLS, et al. v. The Dow Chemical Co., et al. *8-17-87* | Pa., E. Troutman | 87-3,735 | 9-2-87 | 87-M-1322 | 3-13-87 | Remand |
| C-26 | Board of Regents of the State of Tennessee v. The Dow Chemical, Co. 10/13/87 9/29/87  *opposed* | W.D.Tenn. Gibbons | 87-2511-GB | | | | Vacated 2/9/88 |
| C-27 | Board of Regents of the State of Tennessee v. The Dow Chemical Co. 10/13/87 9/29/87  *opposed* | W.D.Tenn. Gibbons | 87-2593-GB | | | | Vacated 11-24-87 |
| C-28 | Primac Center Associates, L.P. v. Dow Chemical Company 11/17/87 *opposed* 11/30/87 | S.D.Ill. Stiehl | 87-3806 | | | | |
| C-29 | May Centers, Inc., et al. v. Dow Chemical Company 11/17/87 *opposed* 11/30/87 | S.D.Ill. Stiehl | 87-3807 | | | | |
| XYZ-30 | Gary Johnson v. The Dow Chemical Co. | D. Colo. | 87-K-1174 | | | 3/29/88 | |
| XYZ-31 | Jefferson County School Dist. R-1 v. Dow Chemical Co. | D. Colo. | 87-M-1082 | | | 9/27/88 | |
| | *July 1988 - 1 TR / 1 XYZ / 3 Dis / 1 Rem / 16 Pending* | | | | | | |
| XYZ-32 | James T. Ferris v. Dow Chemical Co. | D.Colo. | 88-M-1327 | | | 3/22/9 | Consolidated 86 M-331 |

*July 1989 - 1 XYZ / 8 Rem / 2 Dis / 7 Pending*
*July 1990 - Same*
*July 1991 - 3 dis / 4 Pending*
*July 1992 - 1 dism. / 3 Pending*     September 1995 - Same 1 dis / pending
*Sept. 1993 - same   Sept. 1994 - same*     September 1996   2 dis. 10 Pending / Litigation Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __711__ -- <u>In re The Dow Chemical Co. "Sarabond" Products Liability</u>

Litigation

REVISED 11/30/87

See J. Kane's Order 5/7/87 re: 86-K-680

LIAISON COUNSEL FOR PLAINTIFFS:

John B. Moorhead, Esq.
Baker & Hostetler
303 East 17th Ave., #1100
Denver, CO  80203

LIAISON COUNSEL FOR DEFENDANTS:

Walter A. Steele, Esq.
White & Steele
1120 Lincoln St., #1400
Denver, CO  80203-2112

J. Roger Lockhead, Esq.
The Dow Chemical Co.
690 Building
Midland, MI  48667

Dale R. Crider, Esq.
Rivkin, Radler, et al.
30 N. LaSalle St.
Chicago, IL  60602

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  711  --  In re The Dow Chemical Co. "Sarabond" Products Liability Litigation

(REVISED FEBRUARY 1987)

GAGE BEHUNIN, ET AL. (A-1)
Darwin Poyfair, Esquire
303 East 17th Ave., Suite 1100
Denver, Colorado  80203

PENN SQUARE CONDOMINUM ASSOCIATES, INC.,
   ET AL. (A-2)
FRANKLIN L. BURNS, ET AL. (A-3)
BLAI9NE B. CHASE, ET AL. (A-4)
SAVINGS BUILDING CONDOMINIUMS
   ASSOCIATION, ET AL. (A-5)
C. A. ASSOCIATES, ETC. (A-6)
THE COUNTY OF LANCASTER (A-12)
COUNTY OF CAMBRIA (A-13)
Robert J. Tansey, Jr., Esquire
Robins, Zelle, Larson & Kaplan
1800 International Centre
900 Second Avenue South
Minneapolis, Minnesota  554023

CITY OF BOSTON (A-7)
EQUITABLE LIFE INSURANCE CO. (A-10)
John E. Lynch, Jr., Esquire
Squire, Sanders & Dempsey
1800 Huntington Building
Cleveland, Ohio  44115

ST. JOHN HOSPITAL CORP., ET AL. (A-8)
Joseph F. Page, Esquire (No App. Rec'd)
Long, Preston, Kinnaird & Avant
4300 Penobscot Building
Detroit, Michigan  48226

MORAVIAN DEVELOPMENT CORP. (A-11)
Robertson B. Taylor, Esquire
561 East Market Street
Bethlehemn, Pennsylvania  18018

COUNTY OF SHELBY, TENNESSEE (A-14)
Howard Langer, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania  19103

THE DOW CHEMICAL COMPANY
AMSPEC, INC.
R. DOUGLAS EASH
DALLAS GRENLEY
HARRY W. KIRCHNER
L. Z. LAMORIA
DONALD DIRKSE
DELMER MOELLER
SHELDON LEVY
WAYNE FRENIER
Bruce D. Drucker, Esq.
Rivkin, Radler, Dune & Bayh
30 North LaSalle Street
Suite 4300
Chicago, Illinois  60602

MASONARY SYSTEMS INTERNATIONAL, INC.
Dean R. Vanatta, Esq.
Suite 1400, Writers V
1873 South Bellaire Street
Denver, CO  80222-4347

T. J. PICOZZI CONSTRUCTION CO., INC.
Robert J. Lutz, Esquire
Evans, Severn, Bankery & Peet (RJL)
231 Genesee St
Utica, New York  13501

SOFARELLI ASSOCIATES, INC.
Peter I. Sheft, Esquire
Sheft, Wright & Sweeney
11 Broadway
New York, New York  10004

ULRICH FRANZEN & ASSOCIATES
Gerald P. McMorrow, Esquire
Morris, Graham, Stephens & McMorrow
265 Post Avenue
Westbury, New York  11590

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2_____

DOCKET NO. ___711___ -- In re The Dow Chemical Co. "Sarabond" Products Liability Litigation

THOMAS JEFFERSON UNIVERSITY (B-17)
Howard Langer, Esq.
(Same as A-14)

S H Properties Inc., et al. (B-18)
Robert J. Tansey, Jr., Esq.
(Same as A-2)

Byron J. Beck, Esq.
Morrison, Hecker, Curtis, Kuder &
  Parrish
8717 W. 110th Street
Corporate 14, Suite 520
Overland Park, Kansas  66210

VILLAGE IMPROVEMENT ASSOCIATION OF
DOYLESTOWN, PA, a/k/a DOYLESTOWN
HOSPITAL     (B-19)
Amy B. Ginensky, Esq.
Dechert, Price & Rhoads
3400 Centre Square West
1500 Market Street
Philadelphia, PA  19102

MASONRY SYSTEMS, INC. OF
PENNSYLVANIA
Jonathan D. Herbst, Esq.
LaBrum & Doak
1700 Market Street, Suite 700
Philadelphia, PA  19103

GEORGE H. DUROSS, INC.
William B. Koch, Esquire
One Montgomery Plaza, Suite 610
Swede & Airy Streets
Norristown, PA  19401

IRWIN & LEIGHTON, INC.
John W. Stahl, Esq.
Dougherty & Stonelake
18th & JFK Blvd., Suite 500
Philadelphia, PA  19103

EWING COLE CHERRY PARSKY
Elizabeth McKenna, Esq.
Harvey, Pennington, Herting &
  Renneisen, Ltd.
1600 Market Street, 12th Floor
Philadelphia, PA  19103

E.L. CONWELL & CO.
Antionette R. Stone, Esq.
Fox, Rothschild, O'Brien &
  Frnakel
2000 Market Street, 10th Floor
Philadelphia, PA  19103

BOARD OF EDUCATION OF THE MEMPHIS
CITY SCHOOLS  (B-20)
H. Laddie Montague, Jr., Esq.
(Same as A-14)

Ernest G. Kelly, Jr.
Suite 600
81 Monroe Avenue
Memphis, TN  38103

HAMILTON BANK, ET AL. (B-21)
H. Laddie Montague, Jr., Esq.
(Same as A-14)

EQUITABLE LIFE ASSURANCE SOCIETY OF
  THE UNITED STATES (B-23)
John E. Lynch, Esquire
(Same as A-7)

GLS, et al.(C-25)
Gary S. Figore, Esq.
654 Wolf Avenue
Easton, PA  18042

JPML FORM 4A -- Continuation

## Panel Attorney Service List -- p. ___3___

DOCKET NO. ___711___ -- In re The Dow Chemical Co. "Sarabond" Products Liability Litigation

BOARD OF REGENTS OF THE STATE OF
TENNESSEE (C-26 & C-27)
Howard I. Langer, Esq.
Berger & Montague
1622 Locust Street
Philadelphia, Pennsylvania  19103-6365

PRIMAC CENTER ASSOCIATES , L.P. (C-28)
MAY CENTERS, INC., ET AL. (C-29)


Robert J. Tansey, Jr., Esq.
Robins, Zelle, Larson & Kaplan
1800 International Centre
900 Second Avenue South
Minneapolis, Minnesota  55402

MOTIONS TO REMAND FILED 4/22/88
THE COUNTY OF LANCASTER (A-12)
COUNTY OF CAMBRIA (A-13)
SH PROPERTIES, INC., ET AL. (B-13)
Robert J. Tansey, Jr., Esq.
Robins, Zelle, Larson & Kaplan
1800 International Centre
900 Second Avenue South
Minneapolis, Minnesota  5542-3394

JPML FORM 3

P. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __711__ --   IN RE THE DOW CHEMICAL CO. "SARABOND" PRODUCTS
LIABILITY LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| DOW CHEMICAL CO. DOW CHEMICAL, USA | B-17; B-18; B-19; B-20  B-21 A-1; A-2  A-3  A-4  A-5 A-6  A-7 A-8  A-9 A-10  A-11  A-12  A-13  A-14 A-15; B-23 C-25 C-26, C-27, C-28 C-29 |
| AMSPEC, INC. | B-18; A-1; C-25 |
| R. DOUGLAS EASH | A-1  A-7 |
| DALLAS GRENLEY | A-1  A-7  A-10 |
| HARRY W. KIRCHNER | A-1  A-7  A-10 |
| L.Z. LAMORIA | A-1 |
| DONALD DIRKSE | A-1  A-7  A-10 |
| DELMER MOELLER | A-1, A-7  A-10 |
| WAYNE W. FRENIER | A-7 |
| SHELDON LEVY | A-7  A-10 |
| MASONRY SYSTEMS INTER-NATIONAL, INC. a/k/a PANEL FRANCISING, INC. | A-8  A-14 |

p. __2__

| | |
|---|---|
| MASONRY SYSTEMS OF MISSOURI, INC. | A-14 |
| ULRICH FRANZEN & ASSOC. | |
| IRWIN & LEIGHTON, INC. | B-14; |
| JOHN B. KELLY | B-14; |
| GEORGE H. DUROSS, INC. | B-14; |
| E.L. CONWELL & COMPANY | B-14; |
| EWING COLE CHERRY & PARSKY | B-14; |
| MASONRY SYSTEMS OF PENNA. INC. | B-14; |
| | |
| | |
| | |